UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.  2:06-cr-64-MHT |
| ) | |
| MARQUISE ANTOINE REYNOLDS ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

    Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an indictment against MARQUISE ANTOINE REYNOLDS, now in custody of the Montgomery County Detention Facility, Montgomery, Alabama, and that said cause is set for arraignment at 10am on April 19, 2006, before this Honorable Court to be held at Montgomery, Alabama.

    WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the Montgomery County Detention Facility, Montgomery, Alabama, commanding them to deliver said prisoner, MARQUISE ANTOINE REYNOLDS, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama.

    Respectfully submitted this 22nd day of March, 2006.

                                                                                                  s/ A. Clark Morris
                                                                          A. CLARK MORRIS
                                                                          Assistant United States Attorney
                                                                          One Court Square, Suite 201
                                                                          Montgomery, AL 36104
                                                                          Phone: (334)223-7280
                                                                          Fax: (334)223-7135
                                                                          E-mail: clark.morris@usdoj.gov
                                                                          ASB-1613-N77A