IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. No. 2:06-cr-0064-MHT |
| ) | |
| MARQUISE ANTOINE REYNOLDS ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **April 19, 2006,** in the above-styled case.

You are DIRECTED to produce the following named prisoner: MARQUISE ANTOINE REYNOLDS before the United States District Court at Montgomery, Alabama, in Courtroom 4B, on April 19, 2006, at 10:00 a.m..

DONE, this the  5th  day of April, 2006.

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk