IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:06cr64-MHT |
| ) | |
| MARQUISE ANTOINE REYNOLDS ) | |
| ) | |
| Defendant. ) | |

RECEIVED
2006 APR 13  A 8: 33

## NOTICE OF APPEARANCE

**COMES NOW**, Attorney Amardo Wesley Pitters, and hereby gives notice of his appearance as legal counsel for the defendant, incorrectly named in the indictment as Marquise Antoine Reynolds, and whose correct name is Marqise Antione Reynolds, in the above-styled cause.

Respectfully submitted,

_____
Amardo Wesley Pitters, Esquire
Attorney for the Defendant
Alabama State Bar No.: 8989-T64A

OF COUNSEL:

*A. WESLEY PITTERS, P.C.*
1145 South Perry Street (36104)
Post Office Box 1973
Montgomery, Alabama  36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the _____8_____ day of April, 2006, a copy of the foregoing was duly served upon the following:

>Hon. A. Clark Morris
>Assistant United States Attorney
>Office of the United States Attorney
>Criminal Division
>Middle District of Alabama
>Post Office Box 197
>Montgomery, Alabama  36101-0197

via United States Postal Service.

_____
Amardo Wesley Pitters, Esquire