IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:06cr64-MHT |
| ) | |
| MARQUISE ANTOINE REYNOLDS ) | |
| ) | |
| Defendant. ) | |

RECEIVED
2006 APR 13 A 8:33

### MOTION TO CONTINUE

**COMES NOW**, Amardo Wesley Pitters, counsel to the defendant in the above-styled cause, and hereby move this Honorable Court for a continuance of the arraignment set for April 19, 2006 at 10:00 AM. In support thereof, counsel shows the court as follows:

1. Counsel will be out of the country and is not scheduled to return to the United States of America until the night of April 19, 2006.

2. The court's granting the requested continuance will not cause opposing counsel or the defendant any undue prejudice. Indeed, the undersigned counsel has conferred with both opposing counsel and the defendant regarding a continuance and there is no objection. Counsel is available to do the arraignment on April 20, 2006.

Respectfully submitted,

Amardo Wesley Pitters, Esquire
Attorney for the Defendant
Alabama State Bar No.: 8989-T64A

OF COUNSEL:

**A. WESLEY PITTERS, P.C.**
1145 South Perry Street (36104)
Post Office Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___8___ day of April, 2006, a copy of the foregoing was duly served upon the following:

> Hon. A. Clark Morris
> Assistant United States Attorney
> Office of the United States Attorney
> Criminal Division
> Middle District of Alabama
> Post Office Box 197
> Montgomery, Alabama 36101-0197

via United States Postal Service.

_____
Amardo Wesley Pitters, Esquire