UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-64-MHT |
| | ) | |
| MARQUISE ANTOINE REYNOLDS | ) | |

O R D E R ON MOTION

Upon consideration of Defendant's unopposed *Motion to Continue* (Doc. 34, filed April 13, 2006), it is, for good cause, ORDERED that the Motion is GRANTED, and, accordingly, the Defendant's arraignment is continued from the April 19, 2006, arraignment docket, to **3:00 p.m. on April 20, 2006, in District Courtroom 4A.**

DONE this the 17th day of April, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE