IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | |
| ) | CR. NO. 2:06CR64-MHT |
| MARQUISE ANTONINE REYNOLDS ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __Marquise Antonine Reynolds__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

April 20, 2006
**DATE**

_Marquise Reynolds_
**DEFENDANT**

_[signature]_
**ATTORNEY FOR DEFENDANT**