**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

☑ INITIAL APPEARANCE          DATE: 4/20/2006
☐ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION) (HEARING)   Digital Recording 2:58 to 3:13 pm
☐ REMOVAL HEARING [RULE 5]                              3:14 – 3:17 pm
☑ ARRAIGNMENT ON SUPERSEDING INDICTMENT

PRESIDING MAG. JUDGE: Delores Boyd        DEPUTY CLERK: sql
CASE NO.: 2:06CR64-MHT          DEFT. NAME: Marquise Antonine REYNOLDS
AUSA: Morris                    DEFT. ATTY: Wesley Pitters
                                Type Counsel: (Retained); ( ) Panel CJA; ( ) Waived; ( ) CDO
PTSO:
USPO:

Defendant _____ does ___✓___ does NOT need an interpreter
Interpreter present __✓__ NO _____ YES   Name: _____

---

1. Date of Arrest _____ or ☐ Arrest Rule 5
✓ Deft. First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
✓ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
   ☐ Government's WRITTEN motion for Detention Hearing filed
☐ Detention Hearing ☐ held; ☐ set for _____ at _____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☐ Release order entered. Deft advised of conditions of release
☐ BOND EXECUTED (M/D AL charges) $_____. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐ preliminary hearing; ☐ Waiver of Rule 40 Hearing
✓ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
✓ ARRAIGNMENT ✓ HELD. Plea of NOT GUILTY entered. ☐ Set for _____
   DISCOVERY DISCLOSURE DATE: 4-20-06
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____        Trial Term:
☐ Waiver of Speedy Trial Act Rights executed