IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   )<br>                              )<br>    v.                        )<br>                              )<br>DEANDRA TWAIN LEWIS and       )<br>MARQUISE ANTOINE REYNOLDS     ) | CRIMINAL ACTION NO.<br>2:06cr64-MHT |

### ORDER

Upon consideration of the government's motion to amend indictment (doc. no. 39), it is ORDERED that defendants Deandra Twain Lewis and Marquise Antoine Reynolds show cause, if any there be, in writing by April 28, 2006, as to why said motion should not be granted.

DONE, this the 21st day of April, 2006.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE