```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
     v.                       )    CR. NO. 2:06cr64-T
                              )
DEANDRA TWAIN LEWIS and       )
MARQUISE ANTOINE REYNOLDS     )
```

MOTION TO STRIKE FORFEITURE ALLEGATION 1

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves the Court to strike Forfeiture Allegation 1 from the Superseding Indictment returned April 5, 2006.

A proposed Order is filed herewith.

Respectfully submitted this 24th day of April, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2006, I electronically filed the foregoing Motion to Strike the Forfeiture Allegation 1 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **A. Clark Morris, Tony L. Axam**, and **Kevin L. Butler**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J