

DEFENDANT'S EXHIBIT

# MONTGOMERY POLICE DEPARTMENT
### Narcotics and Intelligence Bureau

#### Supplementary Offense Report

**COMPLAINANT:**
State of Alabama

**DATE AND TIME REPORT:**
07-01-2005   1520 hours

**DEFENDANT:**
Marqise Antoine Reynolds
Deandre Twain Lewis

**ADDRESS:**
3735 Gaston Ave, Montgomery, Alabama
6264 S. Hampton Drive, Montgomery, Alabama

**CLASS:**
Narcotics
Narcotics

**CHARGE:**
Trafficking in Cocaine Base

**CASE AGENT:**
Detective P.B. Hayes #871

**SUMMARY:**
On 07-01-2005 at 1520 hours, members of the Montgomery Police Department Special Operations Division executed a drug search warrant at 742 Iris Lane as part of an ongoing investigation being conducted by Detective P.B. Hayes #871.

**DETAILS:**
On 07-01-2005 this writer was contacted by a confidential and reliable source who will hereafter be referred to as "A". "A" stated to this writer that he/she had observed an unknown male subject purchase approximately 8 ounces of cocaine from a B/M known to "A" as "Boogaloo". "A" stated that he/she was at the residence when the transaction occurred and observed the transaction. "A" stated that the subject purchased 4 ounces of crack and 4 ounces of powder cocaine.

This writer questioned "A" as to the address of the residence, but "A" was unsure of the address and was no longer at the residence. This writer instructed "A" to return to the area and identify to the residence to a member of the Special Operations Division who was conducting stationary surveillance on several residences that matched the description given by "A".

When "A" returned to the area he/she contacted this writer by telephone and again described the residence and the vehicles parked in the driveway. Based on the description of "A", a member of the Special Operations Division indicated that he was able to positively identify the address that "A" was describing, but was still unable to provide a physical address.

Following the identification of the residence, this writer obtained a drug search warrant for the residence based on the observation by "A". The warrant was approved by Montgomery Municipal Court Judge Darren Hendley.

On the same date at approximately 1520 hours members of the Montgomery Police Department Special Operations Division Tactical Bureau made entry to the residence described in the search warrant. The residence was later identified as 742 Iris Lane, Montgomery, Alabama.

Upon entry to the residence, two male subjects were located in a right rear bedroom and detained. The subjects were photographed in the room and identified as B/M Marqise Antoine Reynolds, 12-01-1980, and B/M Deandre Twain Lewis, 10-20-1979.

After securing the residence, the Tactical Bureau officers left the residence and the search was executed by Narcotics Officers of the Montgomery Police Department Special Operations Division.

During the search of the residence Cpl. S.T. Wright #973 located three plastic bags that contained a substance believed to cocaine, partially flushed down the toilet inside the residence. The three bags were contained in a larger plastic bag and did not completely flush, allowing Cpl. Wright to see the bag in the toilet. Photographs were taken of the bags during the collection process. Following the collection, Cpl. Wright released the bags to the evidence officer Cpl. J.D. Jordin #1202.

After continuing the search, Cpl. S.T. Wright #973 also located a large plastic bag that contained several smaller bags, each containing a substance believed to cocaine. Cpl. Wright found this bag under a bed in the left rear bedroom. (3) pistols were also recovered in the same room, one by Cpl. Wright and two by Sgt. V.D. Wright #380. Photographs were taken of the items prior to collection. Once collected the items were then released to Cpl. J.D. Jordin #1202.

A quantity of marijuana was located on the person of Marqis Reynolds during a search incident to arrest by Cpl. K.C. Bentley #1079. The item was released to Cpl Jordin #1202. A second bag of a substance believed to marijuana was located in the rear left bedroom by Cpl. S.T. Wright #973 and also released to Cpl. Jordin #1202.

Following the search warrant, both Reynolds, and Lewis were transported to the Special Operations Division where they were processed. Both subjects were charged with Trafficking in Illegal Drugs (Cocaine) and placed in the Montgomery County Detention Facility.

The drug evidence in this case was secured by Cpl. J.D. Jordin in an evidence locker at the Special Operations Division.

The charges of Trafficking in Illegal Drugs was later nol-pros in the state court in order to pursue federal charges. The drug evidence in this case was released by Cpl. J.D. Jordin #1202 to S/A Neil Thompson of the Montgomery field office of the Drug Enforcement Administration on 07-07-2005 to be submitted for analysis.