UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          2:06-CR-64-MHT
                                  )
MARQUISE ANTOINE REYNOLDS         )

O R D E R

For good cause, it is

**ORDERED** that the United States respond not later than May 10, 2006, to show any cause

why Defendant's *Motion to Transfer Defendant Back to the Custody of the State of Alabama* (Doc.

51, filed May 4, 2006), should not be granted.

DONE this the 5th day of May, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE