UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-64-MHT |
| | ) | |
| MARQUISE ANTOINE REYNOLDS | ) | |

O R D E R ON MOTION

After consideration of written submissions and arguments of counsel at the pretrial conference, it is, for good cause shown,

**ORDERED** that the *Motion to Transfer Defendant Back to the Custody of the State of Alabama* (Doc. 51, filed May 4, 2006), is DENIED.

DONE this the 12th day of May, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE