# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

(**Northern**)  ☐ Southern  ☐ Eastern

| | |
|---|---|
| HON. Delores R. Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 5-12-2006 | @ 10:28 ☒ a.m. ☐ p.m |
| DATE COMPLETED 5-12-2006 | @ 10:48 ☒ a.m. ☐ p.m |

**CASE NO.** 2:06CR64-MHT

UNITED STATES OF AMERICA     VS.     MARQUISE ANTOINE REYNOLDS
Plaintiff(s)                                                  Defendant(s)

### APPEARANCES

**Plaintiff(s)/Government**: Clark Morris

**Defendant(s)**: Wesley Pitters

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr: ___
Law Clerk: ___
Interpreter: ___
USPO/USPTS: ___
Other: ___

### PROCEEDINGS:

☐ Motion Hearing: ___
☐ Status Conference
☐ Revocation
☐ Settlement Conference
☐ Non-Jury Trial
☐ Other ___
☐ Oral Argument
☐ Scheduling Conf.
☐ Telephone Conf.
☐ Revocation/Prtrl/SupvRel/Prob
☐ Evidentiary Hrg.
☐ Show Cause
☐ Sentencing

✔ **Pretrial Conference** ✔

Pending Motions: M/Suppress
Discovery Status: Complete     Plea Status: ___
Trial Status/Length: 3-Days     Trial Term: 8-7-06