IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, ___NORTHERN___ DIVISION

UNITED STATES OF AMERICA

vs.  CR. NO. 2:06CR64-MHT

DEANDRA TWAIN LEWIS
MARQUISE ANTOINE REYNOLDS

## WITNESS LIST

**GOVERNMENT**

1. Brad Bartlett
2. Paul Hayes
3. Neal Thompson

**DEFENDANT**

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.