Gov't.
EXHIBITS

Cr. No. 2:06-cr-64-MHT

UNITED STATES OF AMERICA

V.

DEANDRA TWAIN LEWIS
MARQUISE ANTOINE REYNOLDS

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO. | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
|  |  |  | 1 |  |  | Search warrant affidavit for 869 Balfour Drive, Montgomery, AL |
| yes | 6-9-06 | 6-9-06 | 2 | Hayes |  | Picture of marijuana in toilet |
| yes |  |  | 3 |  |  | Picture of money |
| yes |  |  | 4 |  |  | Picture of marijuana |
| yes |  |  | 5 |  |  | Picture of kilogram of cocaine |
| yes |  |  | 6 |  |  | Photocopy of Deandre Lewis' driver's license |
| yes |  |  | 7 |  |  | Copy of letter addressed to Lewis from Probation and Parole Office |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |