IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 JUL 28 P 2: 15

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:06cr64-MHT |
| ) | |
| MARQUISE ANTOINE REYNOLDS ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WAIVER OF SPEEDY TRIAL

**COMES NOW**, counsel of record for Marqise Antoine Reynolds, and gives notice of Defendant's waiver of her right to a speedy trial. Attached to the foregoing notice is *Defendant's Waiver of Speedy Trial.*

**RESPECTFULLY SUBMITTED** this the 28th day of July, 2006.

_____
Amardo Wesley Pitters, Esquire
Attorney for the Defendant
Alabama State Bar No.:8998-T64A

OF COUNSEL:

***A. WESLEY PITTERS, P.C.***
1145 South Perry Street (36104)
Post Office Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the ___28___ day of July, 2006, a copy of the foregoing was duly served upon the following:

        Hon. A. Clark Morris
        Assistant United States Attorney
        Office of the United States Attorney
        Criminal Division
        Middle District of Alabama
        Post Office Box 197
        Montgomery, Alabama 36101-0197

via Hand Dlivery & E-File.

        _____
        Amardo Wesley Pitters, Esquire