IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 2:06cr64-MHT |
| | ) | |
| MARQUISE ANTOINE REYNOLDS | ) | |
| | ) | |
| Defendant. | ) | |

RECEIVED
2006 JUL 28  P 2: 16

### DEFENDANT'S WAIVER OF SPEEDY TRIAL

**COMES NOW**, Defendant Marqise Antoine Reynolds, having been informed of my rights to a speedy trial within seventy (70) days of my indictment. I am aware that the right to have this trial within this seventy day period is not absolute and that the Court, based upon the need for justice, or at my request or by the government may grant a continuance and extend the time period before my trial.

I hereby knowingly waive my rights to a speedy trial pursuant to *Title 18 United States Code §3161*.

**RESPECTFULLY SUBMITTED** this the 12th day of July, 2006.

*Marqise Reynolds*
**Marqise Antoine Reynolds**
**Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on this the **28** day of July, 2006, a copy of the foregoing was duly served upon the following:

>Hon. A. Clark Morris
>Assistant United States Attorney
>Office of the United States Attorney
>Criminal Division
>Middle District of Alabama
>Post Office Box 197
>Montgomery, Alabama  36101-0197

via Hand Delivery & E-File.

_____
Amardo Wesley Pitters