IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:06cr64-MHT |
| ) | |
| MARQUISE ANTOINE REYNOLDS ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT MARQISE REYNOLDS'S REQUESTED VOIR DIRE QUESTIONS

**COMES NOW**, defendant Marqise Antione Reynolds, by and through his undersigned counsel, and move this Honorable Court to instruct the jury as follows:

1. Is there any among you who believes that a defendant accused of criminal conduct must take the witness stand and testify in his or her defense for you to find the defendant not guilty.

2. In reaching your verdict could you consider the evidence as to each of the defendant's guilt or innocence separately and severally, or do you believe that because they are being tried together you must find them both guilty o both innocent.

3. Are any of you who have been employed by the federal, state or local government?

4. Is there any among you who have been employed in law enforcement or have relatives employed in law enforcement?

5. Are any of you members or affiliates of any organizations or public interest groups that take a stand against certain social issues such as guns, drugs and alcohol (for e.g. MADD).

Respectfully submitted,

_____
Amardo Wesley Pitters, Esquire
Attorney for the Defendant
Alabama State Bar No.: 8989-T64A

OF COUNSEL:

*A. WESLEY PITTERS, P.C.*
1145 South Perry Street (36104)
Post Office Box 1973
Montgomery, Alabama  36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___1___ day of August, 2006, a copy of the foregoing was duly served upon the following:

Hon. A. Clark Morris
Assistant United States Attorney
Office of the United States Attorney
Criminal Division
Middle District of Alabama
Post Office Box 197
Montgomery, Alabama  36101-0197

via e-file.

_____
Amardo Wesley Pitters, Esquire