IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>  )<br>   v.                     )<br>  )<br>MARQUISE ANTOINE REYNOLDS  ) | CRIMINAL ACTION NO.<br>   2:06cr64-MHT |

ORDER

It is ORDERED that defendant Marquise Antoine Reynolds's motion to continue (Doc. No. 78) is denied.

DONE, this the 1st day of August, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE