IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr64-MHT |
| MARQUISE ANTOINE REYNOLDS | ) | |

### ORDER

Upon consideration of the recommendation of the United States Magistrate Judge entered on July 20, 2006 (Doc. No. 71), to which no objections have been filed by defendant Marquise Antoine Reynolds within the time allowed, and after an independent and de novo review of the record,[*] it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That the recommendation of the United States Magistrate Judge (Doc. No. 71) is adopted; and

---

　　* The magistrate judge entered her recommendation on July 20, 2006, and objections were not due until July 31. However, because the case is set for trial on August 7, this court began its review of the matter, including a transcript of the evidentiary hearing, shortly after the recommendation was entered.

  **(2) That defendant Marquise Antoine Reynolds's motion to suppress evidence (Doc. No. 49) is denied.**

  **DONE, this the 1st day of August, 2006.**

          /s/ Myron H. Thompson
          **UNITED STATES DISTRICT JUDGE**