COURTROOM DEPUTY'S MINUTES    DATE: 8-7-2006
MIDDLE DISTRICT OF ALABAMA    DIGITAL RECORDING: 2:57 - 3:17 pm
COURT REPORTER:

☐ ARRAIGNMENT           ☒ CHANGE OF PLEA         ☐ CONSENT PLEA
☐ RULE 44(c) HEARING    ☐ SENTENCING

---

RESIDING MAG. JUDGE: DRB        DEPUTY CLERK: sql
CASE NUMBER: 2:06CR64-MHT       DEFENDANT NAME: Marquise Antoine REYNOLDS
USA: Morris                     DEFENDANT ATTORNEY: Wesley Pitters
                                Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD
                                ( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES    Name:

---

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:    ☐ Not Guilty
         ☒ Guilty as to:
            ☒ Count(s): 3S
            ☒ Count(s): 1, 2, 4    ☐ dismissed on oral motion of USA
                                    ☒ to be dismissed at sentencing

☒ Written plea agreement filed    ☐ ORDERED SEALED
☒ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts    3    .
☐ CRIMINAL TERM:                   ☐ WAIVER OF SPEEDY TRIAL filed.
         DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
            ☐ Trial on _____; ☐ Sentencing on _____
☒ ORDER: Defendant remanded to custody of U. S. Marshal for:
            ☐ Trial on _____; or ☒ Sentencing on _____
☐ Rule 44 Hearing:    ☐ Waiver of Conflict of Interest Form executed
                       ☐ Defendant requests time to secure new counsel