# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE         AT MONTGOMERY   ALABAMA

DATE COMMENCED  November 15, 2006          AT  3:05   A.M./P.M.

DATE COMPLETED  November 15, 2006          AT  3:25   A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           2:06cr64-02-MHT
        VS.

MARQUISE ANTOINE REYNOLDS

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA A. Clark Morris | X | Atty Amardo W. Pitters |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Daniel Korobkin, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:        SENTENCING HEARING

| | |
|---|---|
| 3:05 p.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation concurs with plea agreement. Sentence imposed. Government's **ORAL MOTION** to dismiss Counts 1s, 2s, and 4s of the Superseding Indictment. **ORAL ORDER** granting oral motion to dismiss. |
| 3:25 p.m. | Hearing concluded. |