PROB 12B
(7/93)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marquise Antoine Reynolds     Case Number: 2:06cr64-02-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: November 15, 2006

Original Offense: Possession of a Controlled Substance (Marijuana)–21 U.S.C. 844(a)

Original Sentence: Three (3) years probation

Type of Supervision: Probation     Date Supervision Commenced: November 15, 2006

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

The defendant shall serve five (5) consecutive weekends at a jail facility to be designated by the Federal Bureau of Prisons. The defendant shall surrender for service of this term each Friday, no later than 6:00 p.m., and the defendant shall be released each Sunday, at 6:00 p.m. Failure to report on time for service of this sentence each weekend will be considered a violation of supervision and will subject the defendant to further penalties, including revocation of supervision.

## CAUSE

On October 30, 2007, Marquise Antoine Reynolds submitted a urine sample that tested presumptive positive for the use of marijuana. Reynolds admitted to smoking marijuana on or about October 17, 2007. On October 30, 2007, Reynolds was also confronted and admitted to being in violation of probation conditions in that he failed to submit monthly supervision reports since March 2007, failed to pay on his fine as ordered, and failed to notify the probation officer within seventy-two hours of having contact with Alabama State Troopers on September 9, 2007. On that date, Reynolds received three (3) traffic citations including speeding, driving while revoked, and lane changing without a proper signal. Reynolds also admitted to having contact with a Montgomery Police Officer on October 8, 2007, and admitted that he was stopped for failing to yield the right of way.

PROB 12B
(7/93)

2

      To address the above noted violations, this officer recommends Reynolds' conditions of probation be modified to include five (5) consecutive weekends in jail. Reynolds was also issued a strong verbal reprimand and placed on the color-code phase drug testing program which will increase the personal contacts with the offender. Reynolds signed the attached Probation Form 49 waiving his right to a hearing and assistance of counsel and agreeing to the proposed modification.

                                          Respectfully submitted,

                     by    /s/ James Chappell
                           U.S. Probation Officer
                           Date: November 5, 2007

Reviewed and approved:  /s/ David Ron Thweatt
                       Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

                                      /s/ Myron H. Thompson
                                  Signature of Judicial Officer

                                     November 5, 2007
                                          Date