PROB 12B
(7/93)

# United States District Court

for

Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marquise Antoine Reynolds      Case Number: 2:06cr64-02-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: November 15, 2006

Original Offense: Possession of a Controlled Substance (Marijuana)–21 U.S.C. 844(a)

Original Sentence: Three (3) years probation

Type of Supervision: Probation          Date Supervision Commenced: November 15, 2006

### PETITIONING THE COURT

[ ]  To extend the term of supervision for _ years, for a total term of _ years.
[X]  To modify the conditions of supervision as follows:

**The defendant shall reside in a community corrections facility maintained under contract to the Bureau of Prisons for a term of six (6) months and shall comply with the rules of that facility. This term shall begin upon the defendant's surrender to the facility at the time directed by the probation officer. While residing at the community corrections facility the defendant shall participate in a drug treatment program.**

### CAUSE

On November 13, 2007, Reynolds failed to report to the U.S. Probation Office to submit a drug test as mandated in the color-code drug testing program. On November 26, 2007, Marquise Antoine Reynolds submitted a urine sample during a home contact that tested presumptive positive for the use of marijuana. Reynolds admitted to smoking marijuana on or about November 7, 2007.

During the home contact on November 26, 2007, this officer conducted a search of a vehicle parked in the defendant's front yard which resulted in the confiscation of the following contraband: two (2) empty bottles that appeared to have contained prescription cough syrup; a box containing one "STRIP" softgel tablet used for flushing one's system; and a set of digital scales which contained a green leafy residue on it. The residue was later field tested by D.E.A. Special Agent Bob Greenwood and tested positive for marijuana. This officer has also learned that Reynolds drinks cough syrup mixed with Sprite; aka street name "lean".

To address the above noted violations, this officer recommends Reynolds' conditions of probation be modified once again to include a six (6) month placement in a community corrections facility. It is also recommended that during Reynolds' six (6) month placement he receive drug treatment. Reynolds signed the attached Probation Form 49 waiving his right to a hearing and assistance of counsel and agreeing to the proposed modification. Reynolds' conditions of supervision were previously modified on November 5, 2007, to include serving five (5) weekends in jail as a result of several technical violations. If Your Honor orders the modification for placement in the halfway house, a bedspace will be requested after December 30, 2007, in order for Reynolds to complete his weekends in jail.

Respectfully submitted,

by    /s/ James Chappell
       U.S. Probation Officer
       Date: November 27, 2007

Reviewed and approved:   /s/ David Ron Thweatt
                              Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[ ]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

_____
Date