# UNITED STATES DISTRICT COURT

for the

# MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 DEC 28 P 12: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marquise Antoine Reynolds                     Case Number: 2:06cr64-02-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: November 15, 2006

Original Offense: Possession of a Controlled Substance (Marijuana)–21 U.S.C. 844(a)

Original Sentence: Three (3) years probation

Type of Supervision: Probation            Date Supervision Commenced: November 15, 2006

Assistant U.S. Attorney: A. Clark Morris            Defense Attorney: Amardo Wesley Pitters

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Viol. 1-Mandatory Condition: "The defendant shall refrain from any unlawful use of a controlled substance."** | On December 10, 2007, Marquise Reynolds submitted a urine sample that tested positive for the use of marijuana. |
| **Viol. 2-Special Condition#1: "The defendant shall participate in drug testing and treatment."** | On December 27, 2007, Marquise Reynolds failed to participate in drug treatment by failing to report for the twenty-eight (28) day inpatient treatment program at the Chemical Addictions Program in Montgomery, Alabama. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
      [X]   revoked.
      [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

> I declare under penalty of perjury that the foregoing is true and correct.
>
> Executed on   December 28, 2007
>
> /s/ James Chappell
>
> James Chappell
> United States Probation Officer

Reviewed and approved:   /s/ David Ron Thweatt
                         Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other


Signature of Judicial Officer


Date