IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  | |
| v.                       )  )  | CRIMINAL ACTION NO. |
|                          )     | 2:06cr64-MHT |
| MARQUISE ANTOINE REYNOLDS ) | |

## ORDER

It is ORDERED that the revocation petition (Doc. No. 123) is set for an evidentiary hearing on February 21, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 4th day of January, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE