IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )   CRIMINAL ACTION NO.
                              )   2:06cr64-MHT
MARQUISE ANTOINE REYNOLDS     )
```

### JUDGMENT

For the reasons stated in open court on February 21, 2008, it is ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Marquise Antoine Reynolds is guilty of charges 1 & 2 in the revocation petition (Doc. No. 123).

(2) The term of probation imposed on November 15, 2006, is not revoked but is continued.

(3) Defendant Reynolds is to report to the community corrections facility (Keeton Corrections) in Spanish Fort, Alabama on or before 12 noon on Friday, February 22, 2008.

(4) Defendant Reynolds shall comply with the rules of said facility as previously ordered on November 30, 2007 (Doc. No. 122).

(5) While at said facility, defendant Reynolds shall participate in a drug-treatment program that is approved by the facility.

(6) Defendant is released from the custody of the United States Marshal, effective February 21, 2008.

DONE, this the 22nd day of February, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**