IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
|   v.                        ) | CRIMINAL ACTION NO. |
| ) | 2:06cr64-MHT |
| MARQUISE ANTOINE REYNOLDS   ) | |

<u>ORDER</u>

It is ORDERED as follows:

(1) Defendant Marquise Antoine Reynolds's motion to modify conditions of supervision (Doc. No. 139) is granted.

(2) Defendant Reynolds's commitment to a Community Corrections Facility (Keeton Corrections) is terminated as of today.

DONE, this the 30th day of June, 2008.

<u>    /s/ Myron H. Thompson    </u>
**UNITED STATES DISTRICT JUDGE**